**Ware Combs SMITH, Petitioner and Appellant,**

**v.**

**PEOPLE OF the STATE OF CALIFORNIA and Lawrence E. Wilson, Warden, California State Prison, San Quentin, California, Respondents and Appellees.**

**No. 20547.**

United States Court of Appeals
Ninth Circuit.

July 27, 1966.

Wade C. Smith, in pro. per.

Thomas C. Lynch, Atty. Gen., Robert R. Granucci, Jackson L. Smith, Deputy Attys. Gen., San Francisco, Cal., for appellee.

Before POPE, BROWNING and ELY, Circuit Judges.

PER CURIAM:

The judgment is affirmed. Johnson v. State of New Jersey, 384 U.S. 719, 86 S. Ct. 1772, 16 L.Ed.2d 882 (June 20, 1966); Lopez v. United States, 373 U.S. 427, 438–440, 83 S.Ct. 1381, 10 L.Ed.2d 462; Lester v. Wilson, Warden, 9 Cir., 363 F.2d 824 (June 29, 1966); Lee v. Wilson, Warden, 9 Cir., 363 F.2d 824 (June 28, 1966); Hardee v. Wilson, Warden, 9 Cir., 363 F.2d 848 (June 29, 1966); Choate v. Wilson, Warden, 9 Cir., 363 F.2d 543 (July 13, 1966); Flemings v. Wilson, Warden, 9 Cir., 365 F.2d 267 (June 30, 1966).